IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | | |
|---|---|---|
| CITY OF CAMDEN, et al.,<br><br>*Plaintiffs,*<br><br>-*vs*-<br><br>TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company, and CHEMGUARD, INC.,<br><br>*Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.:<br><br>2:24-cv-02321-RMG |

**DEFENDANTS DEEPWATER CHEMICALS, INC. AND CHEMICALS INCORPORATED'S MOTION TO SEAL PORTIONS OF RESPONSE SEEKING CLARIFICATION OF THE SETTLEMENT AGREEMENT PROPOSED IN PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT OR, IN THE ALTERNATIVE, OBJECTING TO SUCH SETTLEMENT**

Pursuant to Local Civil Rule 5.03 (D.S.C.) and Case Management Order No. 17 (CMO No. 17), and as required by Paragraph 8 of Case Management Order No. 4D, Defendants Deepwater Chemicals Inc. and Chemicals Incorporated ("Defendants") move to seal portions of Defendants' Response Seeking Clarification of the Settlement Agreement Proposed in Plaintiffs' Motion for Preliminary Approval of Class Settlement, or, in the Alternative, Objecting to Such Settlement. [ECF No. 12]. In support thereof, Defendants assert as follows:

1.      Defendants' Response discusses and paraphrases certain information and documents designated by the parties designated as Confidential or Highly Confidential under Case Management Order No. 4D ("CMO No. 4D").

2.      Pursuant to of CMO No. 4D, ¶8, the parties must redact information designated as Highly Confidential from any document filed with the Court, except that if the party seeks to have

1

the Court review information designated as Highly Confidential, then it shall be filed under seal pursuant to this Court's Local Rules. Accordingly, when a Party files confidential materials with the court, they must move to seal materials as described above to comply with the Amended Protective Order entered in this case. CMO No. 4D ¶ 8 [Dkt. No. 1523].

3. Because certain portions of Defendants' Response are designated by parties as either Confidential or Highly Confidential, Defendants request that the portion of Defendants' Response referencing the documents described in Exhibit No. 1 be sealed.

4. Exhibit No. 1 attached to this Motion to Seal provides a Descriptive Index of the documents that Defendants are moving to seal.

5. Local Civil Rule 5.03 and CMO No. 17 provide that a party seeking to file documents under seal must "(1) identify, with specificity, the documents or portions thereof for which sealing is requested; (2) state the reasons why sealing is necessary; (3) explain (for each document or group of documents) why less drastic alternatives to sealing will not afford adequate protection; and (4) address the factors governing sealing of documents reflected in controlling case law." Local Civ. Rule 5.03.

6. Defendants have satisfied the first requirement of Local Civil Rule 5.03 by submitting the narrowly tailored non-confidential and descriptive Index, attached to this motion as Exhibit 1, which identifies the documents Defendants seek to seal.

7. Defendants seek to file the documents listed in Exhibit 1 under seal in their entirety because filing redacted versions would be effectively meaningless. *See Doe v. Richland Cnty. Sch. Dist. Two*, No. 3:18-cv-02731-CMC (D.S.C. Mar. 5, 2020).

8. Defendants note that the parties' designations are made to protect confidential business information or trade secrets contained within the discovery responses and deposition testimony referenced in the Response.

9. Therefore, Defendants respectfully requests the Court grant this Motion to Seal.

10. As required by Local Civil Rule 5.03(B) and CMO No. 17, this Motion is accompanied by:

    a. Exhibit 1: a non-confidential descriptive index of the documents sought to be sealed;

    b. Exhibit 2: counsel's certification of compliance with Local Civil Rule 5.03, DSC, and CMO No. 17;

    c. Exhibit 3: a placeholder sheet stating, "Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17"; and

    d. Exhibit 4: a proposed order.

11. Pursuant to CMO2 and Local Civil Rule 7.02, DSC, Defendants have conferred with Defense Co-Lead and Plaintiff's counsel regarding this motion and both consented.

12. In accordance with Section C of Case Management Order No. 17, Defendants will provide the Court with the documents sought to be sealed for an *in camera* review.

Dated: May 10, 2024

Respectfully Submitted,

Goldberg Segalla LLP

__/s/Oliver Twaddell_____
Oliver E. Twaddell
John F. Parker
711 Third Avenue, Suite 1900
New York, NY 10017
Ph.: (646) 292-8700
Fax: (646) 292-8701
Email: otwaddell@goldbergsegalla.com

*Attorneys for Chemicals Incorporated*

Womble Bond Dickinson (US) LLP
__/s/ Katherine Zimmerman_____
Kurt D. Weaver (N.C. Bar No. 27146)
Katherine J. Zimmerman (N.C. Bar No. 46606)
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8163
Facsimile: (919) 755-6770
Email: kurt.weaver@wbd-us.com

*Attorneys for Deepwater Chemicals, Inc.*

**AFFIRMATION**

I hereby affirm that in accordance with Case Management Order No. 2, ¶42, I conferred with co-lead counsel about the filing of this motion. Co-lead counsel consented to the filing of this motion.

I affirm under penalty of perjury that the foregoing is true and correct. Executed this 10th day of May 2024.

                                                  /s/ *Katherine Zimmerman*
                                                  Katherine J. Zimmerman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

    /s/ *Katherine Zimmerman*
Katherine J. Zimmerman (N.C. Bar No. 46606)
**Womble Bond Dickinson (US) LLP**
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Ph.:     (919) 755-2100
Fax:     (919) 755-2150
Email: Katherine.Zimmerman@wbd-us.com
*Counsel for Deepwater Chemicals, Inc.*