# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |
| CITY OF CAMDEN, et al., *Plaintiffs,* -vs- TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company, and CHEMGUARD, INC., *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:24-cv-02321-RMG |

**INDEX TO DEFDANTS' DEEPWATER CHEMICALS, INC. AND CHEMICALS INCORPORATED'S MOTION TO SEAL PORTIONS OF RESPONSE SEEKING CLARIFICATION OF THE SETTLEMENT AGREEMENT PROPOSED IN PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT OR, IN THE ALTERNATIVE, OBJECTING TO SUCH SETTLEMENT**

| **Document Sought to be Sealed** | **Description** |
|---|---|
| Response Seeking Clarification of The Settlement Agreement Proposed in Plaintiffs' Motion for Preliminary Approval of Class Settlement, or, in the Alternative, Objecting to Such Settlement | Defendants' Brief discussing and paraphrasing discovery responses and deposition testimony designated as Confidential and Highly Confidential by the parties. |

Dated: May 10, 2024

Respectfully Submitted,

Goldberg Segalla LLP
_/s/*Oliver Twaddell*_____
Oliver E. Twaddell (N.Y. Bar No. 4994661)
711 Third Avenue, Suite 1900
New York, NY 10017
Ph.: (646) 292-8700
Fax: (646) 292-8701
Email: otwaddell@goldbergsegalla.com

*Attorneys for Chemicals Incorporated*

Womble Bond Dickinson (US) LLP
__/s/_*Katherine Zimmerman*_____
Kurt D. Weaver (N.C. Bar No. 27146)
Katherine J. Zimmerman (N.C. Bar No. 46606)
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-8163
Facsimile: (919) 755-6770
Email: kurt.weaver@wbd-us.com

*Attorneys for Deepwater Chemicals, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

    /s/ *Katherine Zimmerman*_____
Katherine J. Zimmerman (N.C. Bar No. 46606)
**Womble Bond Dickinson (US) LLP**
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Ph.:     (919) 755-2100
Fax:    (919) 755-2150
Email: Katherine.Zimmerman@wbd-us.com
*Counsel for Deepwater Chemicals, Inc.*