**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |
| | ) | |
| CITY OF CAMDEN, et al., | ) ) | Civil Action No.: |
| *Plaintiffs,* | ) ) | 2:24-cv-02321-RMG |
| *-vs-* | ) ) ) | |
| TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company, and CHEMGUARD, INC., | ) ) ) ) | |
| *Defendants.* | ) ) | |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this Motion to Seal was filed in compliance with Local Rule 5.03 D.S.C. and Case Management Order No. 17.

　　　　　　　　　　　　　　　　　　　　　　 /s/ *Katherine Zimmerman*　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　Katherine J. Zimmerman (N.C. Bar No. 46606)
　　　　　　　　　　　　　　　　　　　　　　**Womble Bond Dickinson (US) LLP**
　　　　　　　　　　　　　　　　　　　　　　555 Fayetteville Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601
　　　　　　　　　　　　　　　　　　　　　　Ph.:　　(919) 755-2100
　　　　　　　　　　　　　　　　　　　　　　Fax:　　(919) 755-2150
　　　　　　　　　　　　　　　　　　　　　　Email: Katherine.Zimmerman@wbd-us.com
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Deepwater Chemicals, Inc.*