<u>**Exhibit 3**</u>

**Confidential Documents Contemporaneously Submitted to the Court for In Camera Review in Compliance with CMO No. 17.**