# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | | |
|---|---|---|
| CITY OF CAMDEN, et al., | ) ) ) | Civil Action No.: |
| *Plaintiffs,* | ) ) | 2:24-cv-02321-RMG |
| -vs- | ) ) ) | |
| TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company, and CHEMGUARD, INC., | ) ) ) ) | |
| *Defendants.* | ) ) | |

## [PROPOSED ORDER]

This Matter comes before the Court on Defendants Deepwater Chemicals Inc. and Chemicals Incorporated's Motion to Seal Portions of Response Seeking Clarification of The Settlement Agreement Proposed in Plaintiffs' Motion for Preliminary Approval of the Class Settlement or, in the Alternative, Objecting to Such Settlement. After consideration of the Motion, IT IS HEREBY ORDERED that the Motion to Seal is GRANTED.

IT IS SO ORDERED.

DATED this _____ day of _____, 2024

_____
Hon. Richard Mark Gergel
United States District Judge