**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION ) ) | Master Docket No.: 2:18-mn-2873-RMG |

| | |
|---|---|
| CITY OF CAMDEN, et al., *Plaintiffs,* -vs- TYCO FIRE PRODUCTS LP, individually and as successor in interest to The Ansul Company, and CHEMGUARD, INC., *Defendants.* ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:24-cv-02321-RMG |

**CLASS COUNSEL'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT, FOR FINAL CERTIFICATION OF THE SETTLEMENT CLASS, AND IN RESPONSE TO OBJECTIONS**

Class Counsel, on behalf of the Preliminarily Approved Settlement Class and the Preliminarily Approved Class Representatives, City of Camden, California Water Service Company, City of Benwood, City of Brockton, City of Del Ray Beach, City of Freeport, City of Sioux Falls, City of South Shore, Coraopolis Water & Sewer Authority, Dalton Farms Water System, Martinsburg Municipal Authority, Township of Verona, and Village of Bridgeport respectfully submit this Motion for Final Approval of Class Settlement, for Final Certification of the Settlement Class, and in Response to Objections.

For the reasons set forth in the accompanying memorandum of law, Class Counsel's request that the Court:

- Grant their Motion for Final Approval;

- Find the Settlement Agreement is fair, reasonable and adequate;

- Find that, for settlement purposes only, the Settlement Class satisfies the requirements of Fed. R. Civ. P. 23;

- Grant their Motion for Attorneys' Fees and Costs;

- Enter judgment dismissing Claims in the Litigation asserted by Settlement Class Members against Released Persons; and

- Enter a permanent injunction prohibiting any Settlement Class Member from asserting or pursuing any Released Claim against any Released Person in any forum.

Dated: September 17, 2024

Respectfully submitted,

/s/ Michael A. London
Michael A. London
Douglas and London P.C.
59 Maiden Lane, 6th Floor
New York, NY 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
mlondon@douglasandlondon.com

Paul J. Napoli
Napoli Shkolnik
1302 Avenida Ponce de León
San Juan, Puerto Rico 00907
Ph: (833) 271-4502
Fax: (646) 843-7603
pnapoli@nsprlaw.com

Scott Summy
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Ph: (214) 521-3605
ssummy@baronbudd.com

Joseph Rice
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Ph: (843) 216-9000
Fax: (843) 216-9440
jrice@motleyrice.com

*Preliminarily Approved Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 17th day of September, 2024 and was thus served electronically upon counsel of record.

/s/ Michael A. London
Michael A. London
Douglas and London PC
59 Maiden Lane, 6th Floor
New York, NY 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
mlondon@douglasandlondon.com